**MANDATE**

S.D.N.Y. – W.P.
14-cr-476-2
Seibel, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of August, two thousand seventeen.

Present:
    Raymond J. Lohier, Jr.,
    Susan L. Carney,
    Christopher F. Droney,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept. 21, 2017

United States of America,
        *Appellee*,

v.

        16-1814(L),
        16-2149(Con),
        16-2175(Con),
        16-3229 (Con)

Da'Quan Johnson, AKA "Bloody", AKA Buddha, et al.,
        *Defendants-Appellants*,

Kenneth Moore, AKA Doogie, et al.,
        *Defendants*.

Randolph Volkell, counsel for Appellant James Johnson in 2d Cir. 16-3229 (Con), moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967). The Government moves to dismiss the appeal based on the waiver of appellate rights in Appellant's plea agreement or for summary affirmance, and for leave to file an oversized motion. Upon due consideration, it is hereby ORDERED that the *Anders* motion is GRANTED, the motion to file an oversized motion is GRANTED, the motion to dismiss is GRANTED with respect to Appellant's appeal of his terms of imprisonment and supervised release, and the motion for summary affirmance is GRANTED with respect to his appeal of his conviction, special assessment, and forfeiture.

However, we remand for the limited purpose of allowing the district court to correct a clerical error in the judgment pursuant to Rule 36 of the Federal Rules of Criminal Procedure. Although Appellant pleaded guilty to brandishing a firearm under clause (ii) of 18 U.S.C. § 924(c)(1)(A), the judgment stated that he was convicted of the more serious offense of discharging a firearm under clause (iii).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

MANDATE ISSUED ON 09/21/2017